UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEWSOM,<br><br>                  Plaintiff,<br><br>     v.<br><br>NAN CHEN,<br><br>                  Defendant. | No.  2:24-cv-00558-DAD-AC (PS)<br><br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT<br><br>(Doc. Nos. 11, 12) |

Plaintiff James Newsom is proceeding *pro se* and *in forma pauperis* in this civil action which he initiated by filing his complaint in this court on July 12, 2024.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for reconsideration (Doc. No. 11), construed as a motion for relief from judgment brought pursuant to Rule 60 of the Federal Rules of Civil Procedure, be denied.  (Doc. No. 12.)  Specifically, the magistrate judge concluded that plaintiff's motion based upon his assertions of "demanding remedy as Beneficiary of the trust account titled in the name of JAMES NEWSON" provided no basis for the granting of his request for relief from judgment. (*Id.* at 3.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty–one (21) days after service. (*Id.* at 4.) On June 2, 2025, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 13.) Those objections are difficult to decipher and provide no basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 14, 2025 (Doc. No. 12) are adopted in full;

2. Plaintiff's motion for reconsideration (Doc. No. 11), construed as a motion for relief from judgment brought pursuant to Rule 60 of the Federal Rules of Civil Procedure, is denied; and

3. The Clerk of the Court is directed to once again close this case.

IT IS SO ORDERED.

Dated:    **March 16, 2026**                    _____
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE

2